1
2
3
4
5
6
7



8    UNITED STATES DISTRICT COURT

9    SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07cr0044-BTM |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | ) | |
| SERGIO PENA MENDEZ, | ) | |
| Defendant. | ) | |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the above-named Defendant pursuant to 21 U.S.C. § 853 as property used or intended to be used in any manner or part to commit and to facilitate the violation of Title 21, United States Code, Sections 952 and 960 as charged in the Superseding Information; and

WHEREAS, on or about May 4, 2007, the above-named Defendant, SERGIO PENA MENDEZ ("Defendant"), this Court accepted Defendant's guilty plea to the Superseding Information, which plea included consent to criminal forfeiture pursuant to Title 21 as set forth in the Superseding Information; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited property and the offense; and

///

///

1   WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession
2   of the following property, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of
3   Criminal Procedure:  One 2006 white Nissan Titan pickup truck, VIN 1N6AA06A25N527630,
4   California license plate number 8A50430. However, Defendant agreed in his Plea Agreement that,
5   in the event any third party successfully petitioned and asserted an interest in the above-referenced
6   2006 white Nissan Titan pick up truck, Defendant would substitute for forfeiture the **$20,000.00**
7   **in U.S. Currency** that was found in the center console of the 2006 Nissan Titan at the time of
8   Defendant's arrest, pursuant to Title 21, United States Code, Section 853(p). U.S. Customs and
9   Border Protection has received a claim and cost bond to contest the forfeiture of the vehicle by
10  Christobal A. Mendez; therefore, the United States is seeking to forfeit the **$20,000.00 in U.S.**
11  **Currency** pursuant to the terms of the plea agreement; and

12          WHEREAS, the United States, having submitted the Proposed Order herein to the
13  Defendant through his attorney of record, to review, and no objections having been received;

14          Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
15          1.   Based upon the guilty plea of the Defendant, the United States is hereby authorized
16  to take custody and control of the following asset, and all right, title and interest of Defendant
17  SERGIO PENA MENDEZ in the following property are hereby forfeited to the United States for
18  disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

19                              **$20,000.00 in U.S. Currency.**

20          2.   The aforementioned forfeited asset is to be held by the United States Customs and
21  Border Protection in its secure custody and control.

22          3.   Pursuant to Rule 32.2(b)and (c), the United States is hereby authorized to begin
23  proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights
24  of third parties.

25          4.   Pursuant to 21 U.S.C. § 853(n), the United States forthwith shall publish, at least
26  once for three successive weeks in a newspaper of general circulation, notice of this Order, notice
27  of the United States' intent to dispose of the property in such manner as the Attorney General may
28  direct, and notice that any person, other than the Defendant, having or claiming a legal interest in

the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED: 5-9-07

BARRY TED MOSKOWITZ, Judge
United States District Court