UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr0044-BTM |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER OF |
| | ) | CRIMINAL FORFEITURE |
| v. | ) | |
| | ) | |
| SERGIO PENA MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 9, 2007, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited all right, title and interest of SERGIO PENA MENDEZ in the property listed in the Forfeiture Allegation of the Superseding Information, namely, **$20,000.00 in U.S. Currency**, to the United States.

On June 1, 8 and 15, 2007, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited property described above.

|   |   |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of SERGIO PENA MENDEZ and any and all third parties in the following property are hereby condemned, forfeited and vested in the United States of America: |

**$20,000.00 in U.S. Currency**.

IT IS FURTHER ORDERED that costs incurred by the United States Customs and Border Protection (CBP) and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that the CBP shall dispose of the forfeited property according to law.

DATED: July 30, 2007

_Barry Ted Moskowitz_
Honorable Barry Ted Moskowitz
United States District Judge